UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 20-647 JGB (KKx) | Date | May 13, 2020 |
| Title | *Antonio Servin v. FCA US, LLC, et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order (1) GRANTING Defendant's Motion to Strike (Dkt. No. 14); (2) STRIKING Plaintiff's First Amended Complaint; (3) DENYING AS MOOT Plaintiff's Motion to Remand (Dkt. No. 18); and (4) VACATING the May 18, 2020 and June 1, 2020 Hearings (IN CHAMBERS)

     Before the Court is Defendant FCA US LLC's ("FCA" or "Moving Defendant") motion to strike the first amended complaint ("FAC," Dkt. No. 11). ("MTS," Dkt. No. 14.) Also, before the Court is Plaintiff Antonio Servin's ("Plaintiff") motion to remand the case to Riverside Superior Court. ("MTR," Dkt. No. 18, and collectively, "Motions".) The Court finds the Motions appropriate for resolution without a hearing. See Fed. R. Civ. P. 78; L.R. 7-15. After considering the papers filed in support of and in opposition to the Motions, the Court GRANTS the MTS, STRIKES the FAC, and DENIES AS MOOT the MTR. The hearings set for May 18, 2020 and June 1, 2020 are VACATED.

### I.   DISCUSSION

     FCA moves the Court to strike the FAC. (See MTS.) In support of the MTS, FCA contends that Plaintiff filed an untimely amended complaint without leave to amend. (Id. at 1.) The Court agrees. Plaintiff originally filed this matter in Riverside County Superior Court on February 21, 2020, and served FCA with the summons and complaint the same day. (See Dkt. No. 1-2 at 2.) FCA removed this matter on March 31, 2020. (Dkt. No. 1.) On April 7, 2020, without leave of court or any motion or responsive pleading filed by FCA, Plaintiff filed the FAC. (See FAC.) In the FAC, Plaintiff seeks to join non-diverse R & L Autos Inc ("R&L") as a defendant

to this action.  (Id.)  Ten days after Plaintiff filed the FAC, FCA filed the MTS and Plaintiff filed the MTR.  (See MTS; MTR.)

Federal Rule of Civil Procedure ("Rule") 15 governs the permissibility of amended pleadings.  See Fed. R. Civ. P. 15.  Rule 15(a)(1) provides that a party may amend its pleading once as a matter of course within "21 days after serving [the pleading]," or "if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."  Fed. R. Civ. P. 15(a)(1)(A-B).  "In all other cases," when a pleading is not amended as a matter of course, "a party may amend its pleading only with the opposing party's written consent or the court's leave."  Fed. R. Civ. P. 15(a)(2).

In the instant matter, Plaintiff filed and served the original complaint on February 21, 2020.  (Dkt. No. 1-2 at 2.)  Plaintiff amended his complaint 46 days later, on April 7, 2020.  (See FAC.)  FCA had not filed its answer to the complaint and had not served a motion under Rule 12(b), (e), or (f).  Moreover, the amendment occurred more than 21 days after Plaintiff served FCA with the original complaint.  (Compare Dkt. No. 1-2 at 2 (filed and served on February 21, 2020), with FAC (filed April 7, 2020).)  As a result, the amendment was not as a matter of course, and Plaintiff was required to obtain FCA's written consent or leave of court to file the FAC.  Fed. R. Civ. P. 15(a)(2).  Because Plaintiff did neither, the Court GRANTS FCA's MTS and STRIKES the FAC.  See Fuentes v. Danros LLC, 2016 WL 10988800, at *1 (C.D. Cal. Nov. 18, 2016) (striking plaintiff's first amended complaint because it was untimely and without defendant's written consent or leave of court).  Plaintiff's MTR, which relies on the premise that R&L was properly joined and that the FAC is the operative complaint, is DENIED AS MOOT.

## II. CONCLUSION

For the reasons described above, the Court GRANTS the MTS, STRIKES the FAC, and DENIES AS MOOT the MTR.  The hearings set for May 18, 2020 and June 1, 2020 are VACATED.

**IT IS SO ORDERED.**